# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00583-CV

**Heinz Seer and Laura Seer, Appellants**

**v.**

**Paul Tuttrup d/b/a Paul Tuttrup Real Estate, Rick Shelly and Patricia Shelly, Appellees**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
### NO. 25,923, HONORABLE CHARLOTTE HINDS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On November 25, 2008, this Court notified appellants that the clerk's record and the reporter's record in the above cause were overdue. This Court requested that appellants make arrangements for the record and submit a status report regarding this appeal on or before December 5, 2008. This Court further informed appellants that failure to do so may result in the dismissal of this appeal for want of prosecution. The deadline has passed, and we have received no response from appellants. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   February 6, 2009